UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:11CR194(SRU) |
| DAVID ALVARADO | : | December 24, 2012 |

<u>MOTION FOR PERMISSION TO APPEAR AS AMICUS CURIAE AND TO ARGUE ISSUE OF QUALIFYING PREDICATE OFFENSES</u>

The undersigned counsel respectfully moves the Court to permit him to appear as amicus curiae in the case of David Alvarado and to file a brief and argue the issue of whether his convictions in the Connecticut Superior Court for Burglary in the Third Degree are predicate offenses under the Armed Career Criminal Act ("ACCA") or under the career offender guidelines. In support of this motion, the defendant represents as follows:

(1) There is pending in this case an issue regarding whether all convictions for Burglary in the Third Degree, in violation of Connecticut General Statutes § 53a-103, qualify as ACCA or career offender predicate offenses. The Office of the Federal Defender for the District of Connecticut has helped to develop the analysis in this Circuit, under the so-called categorical and modified categorical approaches, that determines whether certain Connecticut state court offenses trigger federal enhancements. See, e.g., United States v. Savage, 542 F.3d 959 (2d Cir. 2008)(whether "sale" under Conn. Gen. Stat. § 21a-277 includes "offer"); United States v. Madera, 521 F. Supp. 2d 149 (D. Conn. 2007)(whether Conn. Gen. Stat. § 21a-277 includes drugs not controlled by the Federal Government); United States v. Lopez, 536 F. Supp 2d 218 (D. Conn. 2008)(same.); United States v. Cohens, 2008 U.S.Dist. LEXIS 62542 (D. Conn. Aug. 13, 2008)(same.); United States v. Jackson, 3:06cr151(MRK)(whether Connecticut state court drug convictions automatically qualify as second offender predicates).

The issue of whether Connecticut's crime of Burglary in the Third Degree is categorically a predicate for career offender enhancement or for the ACCA is one of vast importance given the severe

penalties that apply when the government invokes these sentencing enhancement provisions. Furthermore, the invocation of those penalties or the threat of invocation is at present occurring in at least four cases. Again, this fact underscores the significance of the issue.

(2) The Federal Defenders represent the large majority of criminal defendants in this District, and thus, the Federal Defenders most often have clients who may be subject to these enhanced penalties. The Federal Defenders in this District also have a good understanding of the technical analysis that is involved in determining whether a prior offense constitutes a predicate for these enhancements. The Federal Defenders would very much like to be heard on the issue that is pending in this case.

(3) The undersigned, as a member of the Federal Defenders Office, respectfully requests permission to enter an appearance as amicus curiae in Mr. Alvarado's case for the limited purpose of briefing and arguing the issue in this Court as to whether a conviction for violating Conn. Gen. Stat. § 53a-103 is categorically an ACCA or career offender predicate.

(4) Counsel does not believe that appearing as amicus curiae for purely a legal issue creates a conflict of interest, but out of an abundance of caution, the undersigned counsel has requested permission to appear as amicus curiae in Mr. Alvarado's case, and both the defendant and his counsel, William Paetzold, fully support this motion and both have given their consent. Assistant United States Attorney Jonathan Freimann has no objection to the granting of this motion.

(5) Another Court in this District previously granted a similar motion regarding whether certain offenses were predicates for second offender notices in United States v. McCown, 3:08cr4(JCH) (PACER Documents # 1009, 1010).

(6) Finally, counsel will be prepared to file his brief in this matter on or before January 4, 2013 (the time set for the defendant's sentencing memorandum to be filed) so as not to cause any delay in the proceedings if this motion were to be granted.

Respectfully submitted,

FEDERAL DEFENDER OFFICE

Dated: December 24, 2012         /s/ Terence S. Ward
                                                   Terence S. Ward
                                                   Federal Defender
                                                   10 Columbus Blvd, 6th FL
                                                   Hartford, CT 06106
                                                   Phone: (860) 493-6260
                                                   Bar No.: ct00023
                                                   Email: terence_ward@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 24, 2012, a copy of the foregoing motion for permission to appear as amicus curiae, to file a brief and to argue issue of predicate offense was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   /s/ Terence S. Ward
                                                   Terence S. Ward